**Dismiss and Opinion Filed August 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00348-CV**

**ALLIED BUILDERS, INC., Appellant**
**V.**
**GOMEZ BROTHERS CONSTRUCTION, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02127**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief was due June 27, 2014. By postcard dated June 30, 2014, we informed appellant that the time for filing its brief had expired. We directed appellant to file both a brief as well as a motion to extend time to file the brief within ten days of the date of the postcard. We cautioned appellant that the failure to file a brief and extension motion within the time stated would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief or an extension motion, nor has it otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

140348F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ALLIED BUILDERS, INC., Appellant

No. 05-14-00348-CV       V.

GOMEZ BROTHERS CONSTRUCTION,
INC., Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 11-02127.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that appellee GOMEZ BROTHERS CONSTRUCTION, INC. recover its costs, if any, of this appeal from appellant ALLIED BUILDERS, INC.

Judgment entered August 20, 2014